**Newman Williams, P.C.**
ATTORNEYS AT LAW
A Professional Corporation

P. O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

October 4, 2021

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    *RE: Janet Sarer*
      *Case No. 5:21-bk-01390*

Dear Clerk:

  We have been advised of a change of address for a creditor in the above-referenced case, as follows:

    Pine Ridge Community Association
    4770 Pine Ridge West
    Bushkill, PA 18324

  Please correct the docket and mailing matrix accordingly. Thank you.

          Very truly yours,

         */s/ Vincent Rubino*

         Vincent Rubino