United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 21-01390-MJC
Janet Elaine Sarer     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jul 20, 2022     Form ID: fnldecnd     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Janet Elaine Sarer, 2106 Lake View Road, Bushkill, PA 18324-8163 |
| 5421261 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840 New York, NY 10170-0840 |
| 5420070 | + | KML LAW GROUP, STE 5000 BNY MELLON INDEP CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5420071 | + | PIKE COUNTY COURT OF COMMON PLEAS, 410 BROAD STREET, MILFORD, PA 18337-1537 |
| 5420072 | + | PINE RIDGE COMMUNITY ASSOC, 4770 PINE RIDGE WEST, BUSHKILL, PA 18324-8430 |
| 5431264 | | Times Square Revolving Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5420069 | | Email/Text: ECF@fayservicing.com | Jul 20 2022 18:39:00 | FAY SERVICING, PO BOX 88009, CHICAGO, IL 60680-1009 |
| 5423056 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2022 18:39:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5420073 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2022 18:39:00 | SANTANDER CONSUMER USA, PO BOX 961211, FORT WORTH, TX 76161-0211 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 5421262 | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Times Square Revolving Trust c/o Wilmington Savings Fund FSB, as owner trustee bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Fay Servicing LLC bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Janet Elaine Sarer rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Janet Elaine Sarer lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Janet Elaine Sarer,<br>aka Janet E. Sarer, aka Janet Sarer, | Chapter 13 |
| **Debtor 1** | Case No. 5:21−bk−01390−MJC |

Social Security No.:
xxx−xx−8538

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Janet Elaine Sarer** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: July 20, 2022

**fnldec** (01/22)